

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 19, 2021**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re | Confirmed Chapter 11 |
| THINK FINANCE, LLC, *et al.*, | Case No. 17-33964-hdh |
| Debtors. | (Jointly Administered) |
| THE HONORABLE RUSSELL F. NELMS (RET.), LITIGATION TRUSTEE FOR THE THINK FINANCE LITIGATION TRUST, | |
| Plaintiff, | Adv. Case No. 20-03099-hdh |
| v. | |
| ELEVATE CREDIT, INC., | |
| Defendant. | |

**AGREED AMENDED SCHEDULING/DOCKET CONTROL ORDER**

1. Disclosures pursuant to FRCP 26(a)(1) shall be exchanged by the parties no later than thirty (30) days after the Rule 26(f) conference is held by this Court.

2. NEW PARTIES shall be joined by: January 4, 2021
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

3. PLEADING AMENDMENTS shall be filed by no later than this date.
   DUE DATE (Any responsive pleadings can be filed within 14 days after receipt of a pleading): April 30, 2021

4. DOCUMENT DISCOVERY will be completed by this date. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.
   DUE DATE: August 9, 2021

5. FACT WITNESS DEPOSITION DISCOVERY
   will commence no earlier than: June 7, 2021
   and must be completed by: October 15, 2021

6. EXPERT WITNESSES for the PLAINTIFF will be identified by a report complying with FRCP 26(2)(B).
   DUE DATE: October 29, 2021

5. EXPERT WITNESSES for the DEFENDANT will be identified by a report complying with FRCP 26(2)(B).
   DUE DATE: November 30, 2022

6. EXPERT WITNESS DEPOSITIONS must be completed by: January 28, 2022

7. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS will be filed by (but may be filed earlier): February 25, 2022

8.     JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE (as might be required by the Court) are due on:      May 9, 2022

9.     DOCKET CALL DATE will be before the Honorable Harlin D. Hale at the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242 beginning at 9:00 a.m. on:      May 23, 2022

10.     TRIAL will begin during this week before the Honorable Harlin D. Hale at the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242 on:      June 6, 2022

###END OF ORDER###

**AGREED:**

By: */s/ Joel W. Reese*
Joel W. Reese
State Bar No. 00788258
Pete Marketos
State Bar No. 24056742
Tyler J. Bexley
Texas Bar No. 24073923
**REESE MARKETOS LLP**
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile
joel.reese@rm-firm.com
pete.marketos@rm-firm.com
tyler.bexley@rm-firm.com

*Co-Counsel for Elevate Credit, Inc.*

-and –

By: */s/ Jeff P. Prostok*
Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1550
Ft. Worth, TX 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com

*Co-Counsel for Elevate Credit, Inc.*

-AND-

*/s James W. Walker*
James W. Walker
State Bar No. 20709600
Ian Ross Phillips
State Bar No. 24091239
COLE SCHOTZ P.C.
901 Main Street, Suite 4120
Dallas, TX 75202
469-557-9390 Telephone
469-533-1587 Facsimile
jwalker@coleschotz.com

*Co-Counsel for he Hon. Russell F. Nelms (Ret.)*
*as Trustee of the Think Finance Litigation Trust*

-and-

Gary H. Leibowitz (Admitted pro hac vice)
Irving E. Walker (Admitted pro hac vice)
H.C. Jones III (Admitted pro hac vice)
COLE SCHOTZ P.C.
300 E. Lombard Street, Ste. 1450
Baltimore, MD 21202
410-230-0660 Telephone
410-230-0667 Facsimile
gleibowitz@coleschotz.com

*Co-Counsel for the Hon. Russell F. Nelms (Ret.)*
*as Trustee of the Think Finance Litigation Trust*

United States Bankruptcy Court
Northern District of Texas

Think Finance Litigation Trust,
    Plaintiff
Elevate Credit, Inc.,
    Defendant

Adv. Proc. No. 20-03099-hdh

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: mmathews      Page 1 of 2
Date Rcvd: May 19, 2021      Form ID: pdf012      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Ian Ross Phillips, Cole Schotz P.C., 901 Main Street, Suite 4120, Dallas, TX 75202-3751 |
| aty | + James W Walker, Cole Schotz, PC, 901 Main Street, Suite 4120, Dallas, TX 75202-3751 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary Howard Leibowitz | on behalf of Plaintiff Think Finance Litigation Trust gleibowitz@coleschotz.com  jdonaghy@coleschotz.com |
| Harry C Jones | on behalf of Plaintiff Think Finance Litigation Trust hjones@coleschotz.com |
| Irving E. Walker | on behalf of Plaintiff Think Finance Litigation Trust iwalker@coleschotz.com |
| J. Robert Forshey | on behalf of Defendant Elevate Credit  Inc. bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;lbreedlove@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| James William Walker | |

| | | |
|---|---|---|
| District/off: 0539-3 | User: mmathews | Page 2 of 2 |
| Date Rcvd: May 19, 2021 | Form ID: pdf012 | Total Noticed: 2 |

on behalf of Plaintiff Think Finance Litigation Trust jwalker@coleschotz.com ahickey@coleschotz.com;amacias@coleschotz.com

Jeff P. Prostok

on behalf of Defendant Elevate Credit  Inc. jprostok@forsheyprostok.com, lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Joel Wilson Reese

on behalf of Defendant Elevate Credit  Inc. joel.reese@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

Peter D. Marketos

on behalf of Defendant Elevate Credit  Inc. pete.marketos@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

Suzanne K. Rosen

on behalf of Defendant Elevate Credit  Inc. srosen@forsheyprostok.com, lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Tyler J. Bexley

on behalf of Defendant Elevate Credit  Inc. tyler.bexley@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

TOTAL: 10